IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEPHANIE JACKSON**

    Plaintiff,

                                  Case Number: 8:24-cv-2431-CEH-AEP

    v.

**CLARITY SERVICES, INC.**

    Defendant.
_____/

## **NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement.

Dated November 14, 2024,

                                             */s/ Christian E. Cok*
                                             Christian E. Cok, Esq.
                                             Florida Bar No. 1032167
                                             Tel: 813-321-2349
                                             CCok@Seraphlegal.com

                                             SERAPH LEGAL, P. A.
                                             2124 W. Kennedy Blvd. Suite A
                                             Tampa, FL 33606
                                             Fax: 855-500-0705
                                             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                        */s/Christian E. Cok*
                                        Christian E. Cok, Esq.
                                        Florida Bar Number: 1032167